Certificate Number: 14912-PAE-DE-033058106

Bankruptcy Case Number: 15-18684



14912-PAE-DE-033058106

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2019, at 12:14 o'clock PM EDT, Maria Diaz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 3, 2019         By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor