United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maria Gabriela Diaz  
Walter Ernesto Diaz  
    Debtors

Case No. 15-18684-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 2    Date Rcvd: Nov 19, 2019  
    Form ID: 138NEW    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.

```
db/jdb         +Maria Gabriela Diaz,    Walter Ernesto Diaz,    2037 Huntington Lane,    Easton, PA 18040-8483
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13644542      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
13644543       Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13644545      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13644546      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13644547      +CitiFinancial Group,    c/o FBCS, Inc.,    330 S. Warminster Rd., S-353,    Hatboro, PA 19040-3404
13644550      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
13644551      +DSNB/Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
13644553      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13731477      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,    700 KANSAS LANE,    MONROE LA 71203-4774
13644554       James A. Valenza, M.D.,    c/o Pressler and Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13729168      +Jose C. Campos, Esquire,    The Law Offices of Jose C. Campos,    251 E. Broad St.,
                 Bethlehem, PA 18018-6267
14268773      +Lakeview Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    P. O. Box 660263,
                 Dallas, TX 75266-0263
14254297      +Lakeview Loan Servicing, LLC c/o Kevin G. McDonald,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13644555      +Law Office of Jose C. Campos,    251 E Broad St,    Bethlehem, PA. 18018-6267
13644556      +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
13644557      +Revenue Recovery Corp,    Po Box 50250,    Knoxville, TN 37950-0250
13644560      +THD/CBNA,    Po Box 6497,    Sioux Falls, SD 57117-6497
13644552     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
13644561      +United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764
13732070       Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 04:03:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2019 04:04:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:01:18     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13659821        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 20 2019 04:04:24
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13686272       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 04:00:33     CACH, LLC,
                 PO BOX 5980,    DENVER, CO 80217-5980
13644544       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 04:00:34     Cach, LLC,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13971663        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 04:01:22     Cach, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
13644548       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 20 2019 04:03:51     Comenity Bank/express,
                 Po Box 182789,    Columbus, OH 43218-2789
13644549       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 20 2019 04:03:52     Comenity Bank/trek,
                 Po Box 182789,    Columbus, OH 43218-2789
13729782        E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2019 04:03:53
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
13724332        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 04:00:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13705029       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 04:04:17     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13685987        E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2019 04:03:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13658567        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2019 04:00:32
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13644558       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:02:04     SYNCB/American Eagle,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-4          User: ChrissyW              Page 2 of 2                  Date Rcvd: Nov 19, 2019
                              Form ID: 138NEW             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13644559       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:02:04      SYNCB/Sam's Club,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                             TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
13686273*      +CACH, LLC,    PO BOX 5980,    DENVER, CO 80217-5980
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
              JOSE C CAMPOS     on behalf of Joint Debtor Walter Ernesto Diaz jc@jccamposlaw.com,
               sbennett@jccamposlaw.com
              JOSE C CAMPOS     on behalf of Debtor Maria Gabriela Diaz jc@jccamposlaw.com,
               sbennett@jccamposlaw.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Maria Gabriela Diaz and Walter
Ernesto Diaz

        Debtor(s)                                   Bankruptcy No: 15−18684−amc
                                                                Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      400 Washington Street
                            Suite 300
                        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 11/19/19

                                                                                                 78 − 77
                                                                                            Form 138_new